JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
5  GERALYN GULSETH
6  Special Assistant United States Attorney
        6401 Security Blvd.
7       Baltimore, MD 21235
8       San Francisco, CA  94105
        Telephone: 510-970-4819
9       e-mail: Geralyn.Gulseth@ssa.gov
10
11 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| LATANYA LOVETTE STARKS, | ) | Case No. 2:22-cv-09369 PVC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT OF REMAND |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  7/21/23

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-