# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA LOVETTE STARKS, | ) Case No.: 2:22-cv-09369-PVC |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, | ) AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social | ) U.S.C. § 1920 |
| Security, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   August 31. 2023

THE HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Marc V. Kalagian*

4    BY: _____

5        Marc V. Kalagian
     Attorney for plaintiff Latanya Lovette Starks

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26